AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.    11-4250

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  __Frank Wirth__
was received by me on *(date)*  __07/06/2011__ .

☒ I personally served the summons and Complaint on the individual at *(place)* __2310 Walnut Street,__
__Harrisburg, PA 17103   at 3:00 PM__ on *(date)* __07/06/2011__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __07/07/2011__

_____
Server's signature

__Casin Frey__, Process Server
Printed name and title

P.O. Box 146538
Harrisburg, PA 17112

Server's address

Additional information regarding attempted service, etc: