# EXHIBIT A

Case 2:11-cv-04250-RB  Document 10-1  Filed 08/12/11  Page 2 of 4





Home | Store Locator

Wherever you go, there's an AAMCO nearby. Search here for the AAMCO closest to you.

| Search radius | Search by Zip or Postal code | | Search by City & State (or City & Province) |
|---|---|---|---|
| 25 Miles | 17103 | OR | Harrisburg, PA |

There are 4 locations within a 25 mile radius of Harrisburg, PA.

<< 5 Previous | Next 5 >>    Show All

| | | Dist. |
|---|---|---|
| 1 | Harrisburg, PA (Zoom map)<br>Visit Website◉<br>5135 Jonestown Rd<br>Phone: (717) 652-6886 | 4.9 |
| 2 | Mechanicsburg, PA (Zoom map)<br>Visit Website◉<br>6411 Carlisle Pike<br>Phone: (717) 766-7199 | 7.7 |
| 3 | York, PA (Zoom map)<br>Visit Webpage◉<br>2199 Bannister Street<br>Phone: (717) 792-3866 | 21.3 |
| 4 | York, PA (Zoom map)<br>Visit Webpage◉<br>2301 E. Market Street<br>Phone: (717) 755-6001 | 21.9 |

Map data ©2011 Google -

AAMCO Transmissions Centers are independently owned and operated.
* Various services, specials, or coupon offers are available at participating locations only.
Copyright© 2009 AAMCO Transmissions inc. All rights reserved.

Fleet
Warranties
Careers

Contact Us
Site Map
Privacy Policy

Case 2:11-cv-04250-RB Document 10-1 Filed 08/12/11 Page 3 of 4

## Directions to AAMCO TRANSMISSIONS (717) 652-6886     YAHOO!®

Total Time: 12 mins. Total Distance: 3.95 mi

| | | Distance |
|---|---|---|
| **A** | 1. **Start at 2310 WALNUT ST, HARRISBURG going toward HOFFER LN** | go **1.7** mi |
| | 2. Continue on **JONESTOWN RD(US-22)** | go **2.26** mi |
| **B** | 3. Arrive at 5135 JONESTOWN RD, HARRISBURG, on the **R** | |

Time: 12 mins, Distance: 3.95 mi



When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

## Directions to 6411 Carlisle Pike, Mechanicsburg, PA 17050-2311



Total Time: 20 mins, Total Distance: 11.09 mi

| | Distance |
|---|---|
|  **1. Start at 2310 WALNUT ST, HARRISBURG going toward N 23RD ST** | go **0.3 mi** |
| 2. Continue on **STATE ST** | go **0.44 mi** |
| 3. Turn **L** on **N 17TH ST** | go **1.06 mi** |
| 4. Turn **R** to take ramp onto **I-83 S** | go **2.01 mi** |
| 5. Continue on **PA-581 W** toward **CAMP HILL/ GETTYSBURG** | go **2.53 mi** |
| 6. Continue on **US-11 S** | go **2.57 mi** |
| 7. Take exit #3/CARLISLE PIKE | go **0.64 mi** |
| 8. Turn **R** on **CARLISLE PIKE(US-11)** | go **1.54 mi** |
| **9. Arrive at 6411 CARLISLE PIKE, MECHANICSBURG, on the L** | |

Time: 20 mins, Distance: 11.09 mi



When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.