**TERENCE P. RUF, JR, ESQUIRE**           Attorney for Defendants
Attorney Identification No.: 203070
Law Office of Terence P. Ruf, Jr.
37 West Gay Street
West Chester, PA 19380
(484)786-9203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | CIVIL ACTION |
| 201 Gibraltar Road, Suite 100 | : | |
| Horsham, PA 19044 | : | |
|     Plaintiff | : | NO.: **11-CV-4250** |
| | : | |
| V. | : | |
| | : | |
| **FRANK WIRTH** | : | |
| 2310 Walnut Street | : | |
| Harrisburg, PA 17103 | : | |
|     and | : | |
| **AUTO CENTER, LLC.** | : | |
| 2310 Walnut Street | : | |
| Harrisburg, PA 17103 | : | |
|     Defendants | : | |

### DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

Please check one box:

__X_  The nongovernmental corporate party, Auto Center, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

____  The nongovernmental corporate party, Auto Center, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:


Dated:  August 29, 2011            _//s Terence P. Ruf, Jr._____
                                    Terence P. Ruf, Jr., Esquire
                                    Counsel for Defendants

## CERTIFICATION OF SERVICE

  I, Terence P. Ruf, Jr., hereby certify that, on the 29 day of August, 2011, the foregoing Disclosure Statement Pursuant to Rule F.R.C.P. Rule 7.1 was served electronically to the following counsel and is available for viewing and downloading from the ECF system

           *Counsel for the Plaintiffs*

           William B. Jameson, Esquire
           AAMCO Transmissions, Inc.
           201 Gibraltar Road
           Horsham, PA 19044
           E-Mail: wjameson@cottman.com


//s *Terence P. Ruf, Jr.*
_____
TERENCE P. RUF, JR. ESQUIRE