# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-4250 |
| FRANK WIRTH and | : | |
| AUTO CENTER, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of *December*, 2011, upon consideration of Plaintiff AAMCO Transmissions, Inc.'s Motion to Dismiss Defendants' Counterclaims (Docket No. 16), the Response of Defendants Frank Wirth and Auto Center, LLC (Docket No. 20), and Plaintiff's Reply Brief (Docket No. 21), it is hereby **ORDERED** the Motion is **GRANTED** and that Defendants' Counterclaim Complaint is **DISMISSED** in its entirety.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.