IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-4250 |
| FRANK WIRTH and | : | |
| AUTO CENTER, LLC, | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM/ORDER

A hearing was held this day pursuant to this court's order of August 8, 2012. Having heard the testimony of Defendant Frank Wirth (Wirth), and accepted the exhibits presented by him, marked 8/21/12-A and 8/21/12-B, it appears that Wirth has satisfied the three conditions of the August 8, 2012 order up to the date of this hearing.

While Wirth's financial condition, based upon his testimony and his exhibit 8/21/12-A make the imposition of money sanctions not warranted, it does support his inability to pay legal fees and costs incurred by plaintiff in this proceedings.

Accordingly, it is hereby **ORDERED** this 21st day of August, 2012 that defendant, Frank Wirth, is directed to pay legal fees to plaintiff in the amount of $2,100 and investigation costs in the amount of $590.08. This aggregate sum of $2,690.08 is due and payable on or before March 1, 2013.

**IT IS SO ORDERED.**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.